IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| VENTURE STORES, INC., | : | Case No. 98-101-MFW |
| a Delaware Corporation, | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |
| | : | |

## NOTICE OF APPEAL

Pursuant to Fed. R. Bankr. P. 8001 and Local Rule 8001-1, Discover Re Insurance Company ("Discover Re") hereby gives notice that it appeals from the Order Granting Motion of Charles DiSalvo for Reconsideration of the Order Reducing and Allowing his Proof of Claim [Docket #3118], entered on March 30, 2005 (the "March 30, 2005 Order," attached hereto as Exhibit A) and the Order Denying Motion of Discover Re for Reconsideration of the March 30, 2005 Order [Docket #3136], entered on September 20, 2005 (the "September 20, 2005 Order," attached hereto as Exhibit B).

Dated this 26th day of September, 2005, at Wilmington, Delaware.

Respectfully submitted,

DISCOVER RE INSURANCE COMPANY,

By ___/s/ Charlene D. Davis___
    Charlene D. Davis, Esq. (2336)
    The Bayard Firm
    222 Delaware Avenue, Ste. 900
    P.O. Box 25130
    Wilmington, DE  19899
    (302) 655-5000

- and-

Julie A. Manning, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT  06103
(860) 251-5000