## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2005, a copy of the foregoing Notice of Appeal was sent by facsimile, and via first class mail, postage prepaid, to:

Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
Fax: (302) 429-8600
(Counsel for Charles DiSalvo)

Steven B. Muslin, Esq.
Gregory B. Simon, Esq.
Steven B. Muslin, Ltd.
19 South LaSalle Street, Suite 700
Chicago, IL 60603
Fax: (312) 263-8193
(Counsel for Charles DiSalvo)

David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
Fax: (302) 421-8390
(Counsel for Debtor)

                                        /s/ Julie A. Manning
                                        Julie A. Manning

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Charlene D. Davis, Esquire, hereby certify that on this 26th day of September, 2005, I caused a true and correct copy of the **Notice of Appeal**, to be served upon the parties listed below in the manner indicated:

**VIA HAND DELIVERY**

Richard Schepacarter, Esquire
Office of the United States Trustee
Suite 2313
844 King Street
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Charlene D. Davis, Esquire (No. 2336)

602762v1