IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>VENTURE STORES, INC.<br>a Delaware Corporation<br><br>Debtor. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 98-101-MFW<br>)<br>) **RE: Docket Number 3111**<br>) |

## ORDER

AND NOW this 28th day of March 2005; pursuant to Charles DiSalvo's Motion for Reconsideration of the Court Order Allowing the Debtor's Fifth Omnibus Objection to Proofs of Claim, which Reduced and Allowed the Claim of Charles DiSalvo (the "Motion") and after consideration of the Motion; any responses thereto and for the reasons set forth on the record at the hearing on March 16, 2005;

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

(1) The relief requested in the Motion is granted; and

(2) Charles DiSalvo's claim shall be amended and allowed pursuant to 502(j) in order to allow him to further liquidate his claim in state court to recover from any applicable insurance coverage;

(3) The plan injunction is hereby modified to allow Charles DiSalvo to liquidate his claim in accordance with the terms of this Order;

(4) Charles DiSalvo shall not be entitled to seek any further distributions from Venture's estate; and

(5) The above captioned case shall be closed upon the entering of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE