# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number-98-101 (MFW)
Deputy Clerk Transferring Case- Judy Fisher (302) 252-2900 Ext 5111
Case Type: Appeal: AP-05-067

**Order, Date Entered and Issues**

Discover Re Insurance Company Appeals from the Order Granting Motion of Charles DiSalvo for Reconsideration of the Order Reducing and Allowing his Proof of Claim {Docket #3118], entered on March 30, 2005 and the Order Denying Motion of Discover Re Insurance Company for Reconsideration of the March 30, 2005 Order [Docket #3136], entered on September 30, 1995. **Appellee Designations not filed.**

**Debtor:**                     Venture Stores, Inc.

**Counsel:**                    **David M. Fournier, Esq.**
                                **Pepper Hamilton LLP**
                                Hercules Plaza, Suite 5100
                                1313 Market Street
                                Wilmington, DE 19899-1709
                                Fax: (320) 421-8390

**Appellant:**                  **Discover Re Insurance Company**

**Counsel:**                    **Charlene D. Davis, Esq.**
                                **The Bayard Firm**
                                222 Delaware Avenue, Suite 900
                                P.O. Box 25130
                                Wilmington, DE 19899
                                (302)655-5000

                                And

                                **Julie A. Manning, Esq.**
                                **Shipman & Goodwin, LLP**
                                One Constitution Plaza
                                Hartford, CT 06103
                                (860)251-5000

Page 2

| | |
|---|---|
| **Appellee:** | **Charles DiSalvo** |
| **Counsel:** | **Ian Connor Bifferato, Esq.**<br>**Gavan F. McDaniel, Esq.**<br>**Bifferato, Gentilotti & Biden**<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899-2165<br>(302) 429-8600 |

        And

**Steven B. Muslin, Esq.**
**Gregory B. Simon, Esq.**
**Steven B. Muslin, Ltd.**
19 South LaSalle Street, Suite 700
Chicago, IL 60603
Fax: (312) 263-8193