IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VENTURE STORES, *et al.*, | ) | Case No. 98-101 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket Nos. 3119, 3120** |

## ORDER

THE COURT having considered the Motion to Reopen Case, the Motion for Reconsideration of Order Allowing DiSalvo to Amend His Proof of Claim (the "Motion to Reconsider," together with the Motion to Reopen Case, the "Motions") and the objection of Charles DiSalvo to the Motion to Reconsider and the Court having considered the arguments presented in support of and opposition to the Motion to Reconsider and due and adequate notice of the Motions having been provided and for the reasons stated on the record it is hereby

ORDERED on this 16 day of September 2005 that (i) the Motion to Reopen Case is granted; (ii) the Motion to Reconsider is granted in part, to permit argument on reconsideration of the Order of the Court dated March 28, 2005 granting Charles DiSalvo's Motion for Reconsideration of the Court Order Allowing the Debtor's Fifth Omnibus Objection to Proofs of Claims, which Reduced and Allowed the Claim of Charles DiSalvo (the "DiSalvo Order"), but otherwise denied and (iii) the DiSalvo Order will remain unaltered except that paragraph 5 of the DiSalvo Order shall be modified to provide that the above-captioned case shall be closed upon entry of a final, nonappealable order in this contested matter.

Date: Sept 16, 2005

_____
Chief Judge Mary F. Walrath

601289v1