IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| VENTURE STORES, INC., : | Case No. 98-101-MFW |
| a Delaware Corporation, : | |
| : | Chapter 11 |
| Debtor. : | |
| : | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Fed. Bankr. R. P. 8006 and Local Rule 8006-1, Discover Re Insurance Company ("Discover Re") hereby designates the items to be included in the record on appeal of the Order Granting Motion of Charles DiSalvo for Reconsideration of the Order Reducing and Allowing his Proof of Claim [Docket #3118], entered on March 30, 2005 (the " March 30, 2005 Order") and the Order Denying Motion of Discover Re for Reconsideration of the March 30, 2005 Order [Docket #3136], entered on September 20, 2005 (the "September 20, 2005 Order"), and states the issues to be presented on that appeal.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Date | Docket No. | Description |
|---|---|---|
| 10/1/04 | 3100 | Motion to Reopen Chapter 11 Case by Disalvo |
| 11/19/04 | 3103 | Order Reopening Bankruptcy Case |
| 12/2/04 | 3104 | Motion to Grant Limited Relief from Post-Discharge Injunction by DiSalvo |
| 12/23/04 | 3106 | Objection to Motion to Grant Limited Relief from Post-Discharge Injunction by Discover Re with exhibits |

| | | |
|---|---|---|
| 1/3/05 | 3110; 3121 | Hearing Held; Transcript of January 3, 2005 Hearing |
| 2/16/05 | 3111 | Motion for Reconsideration of Order Reducing and Allowing DiSalvo Proof of Claim by DiSalvo |
| 3/7/05 | 3112 | Objection to Motion for Reconsideration of Order Reducing and Allowing DiSalvo Proof of Claim by Discover Re with exhibits |
| 3/16/05 | 3116; 3122 | Hearing Held; Transcript of March 16, 2003 Hearing |
| 3/30/05 | 3118 | Order Granting Motion for Reconsideration of Order Reducing and Allowing DiSalvo Proof of Claim |
| 4/7/05 | 3119 | Motion to Reopen Chapter 11 Case by Discover Re |
| 4/7/05 | 3120 | Motion to Reconsider Order Granting Motion for Reconsideration of Order Reducing and Allowing DiSalvo Proof of Claim by Discover Re with exhibits |
| 8/29/05 | 3131 | Objection to Motion to Reconsider Order Granting Motion for Reconsideration of Order Reducing and Allowing DiSalvo Proof of Claim by DiSalvo |
| 9/6/05 | 3133; 3135 | Hearing Held; Transcript of September 6, 2005 Hearing |
| 9/16/05 | 3136 | Order Denying Motion to Reconsider Order Granting Motion for Reconsideration of Order Reducing and Allowing DiSalvo Proof of Claim |

## STATEMENT OF ISSUES TO BE PRESENTED

1. Whether the Bankruptcy Court erred in failing to give sufficient weight to the prejudice to Discover Re in granting DiSalvo's Motion to Grant Limited Relief from Post-Discharge Injunction.

2. Whether the Bankruptcy Court erred in failing to conduct the analysis of factors articulated in Pioneer Investment Services, Co. v. Brunswick Associates, Ltd., 507 U.S. 380 (1993) when it granted DiSalvo's Motion for Reconsideration of the Order Reducing and Allowing Proof of Claim.

3.    Whether the Bankruptcy Court erred in finding that there was cause to allow DiSalvo to amend his Proof of Claim.

4.    Whether the Bankruptcy Court erred in failing to follow the ruling in the case of In re Columbia Gas Transmission Corp., 219 B.R. 716 (S.D. W.Va. 1998).

5.    Whether the Bankruptcy Court erred in failing to grant Discover Re's Motion for Reconsideration.

Dated this 6th day of October, 2005, at Wilmington, Delaware.

Respectfully submitted,

DISCOVER RE INSURANCE COMPANY,

By ___/s/ Charlene D. Davis___

    Charlene D. Davis, Esq. (2336)
    The Bayard Firm
    222 Delaware Avenue, Ste. 900
    P.O. Box 25130
    Wilmington, DE 19899
    (302) 655-5000

    - and-

    Julie A. Manning, Esq.
    Shipman & Goodwin, LLP
    One Constitution Plaza
    Hartford, CT 06103
    (860) 251-5000