IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:   VENTURE STORES, INC.

| | | |
|---|---|---|
| DISCOVER RE INSURANCE CO., | ) | |
| Appellant, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-767 |
| CHARLES DiSALVO, | ) ) ) | |
| Appellee. | ) | Bankruptcy Case No. 98-101 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Julie A. Manning, to represent Discover Reinsurance in this matter.

Dated: November 16, 2005

THE BAYARD FIRM

_/s/ Charlene D. Davis_
Charlene D. Davis (No. 2336)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Phone: (302) 655-5000
Attorneys for Discover Reinsurance

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November ___, 2005        _____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Connecticut and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for

608031v1

District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: November 14, 2005

                                              /s/ Julie A. Manning
                                              Julie A. Manning ( )
                                              SHIPMAN & GOODWIN LLP
                                              One Constitution Plaza
                                              Hartford, CT  06103
                                              (860) 251-5613