IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  VENTURE STORES, INC. | ) | Bankruptcy Case No. 98-101 |
| | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| DISCOVERY REINSURANCE CO., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 05-767 |
| v. | ) | |
| | ) | |
| CHARLES DiSALVO, | ) | |
| | ) | |
| Appellee. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

## STIPULATION OF DISMISSAL

Appellant, Discover Reinsurance Company and Appellee, Charles DiSalvo, by and through undersigned counsel, and pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, hereby stipulate and agree to the voluntary dismissal of this appeal, each party to bear its own costs.

| | |
|---|---|
| BIFFERATO, GENTILOTTI, BIDEN & BALICK, PA. | THE BAYARD FIRM |
| /s/ Ian Connor Bifferato (4167) | /s/ Charlene D. Davis |
| Ian Connor Bifferato (No. 3273) | Charlene D. Davis (No. 2336) |
| 1308 Delaware Avenue | 222 Delaware Avenue, Suite 900 |
| Post Office Box 2165 | Post Office Box 25130 |
| Wilmington, Delaware 19899-2165 | Wilmington, Delaware 19899-25130 |
| Phone: (302) 429-0907 | Phone: (302) 655-5000 |
| | |
| Counsel for Appellee, | Counsel for Appellant, |
| Charles DiSalvo | Discover Reinsurance Company |

618923v1